Gentlecare Ambulatory Anesthesia Services; Lyonel F. Paul, M.D., as Assignee of Jajoute, Marie, Appellant,
against
GEICO Ins. Co., Respondent.




The Rybak Firm, PLLC (Damin J. Toell of counsel), for appellant.
Rivkin Radler, LLP (Cheryl F. Korman and Stuart M. Bodoff of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Pamela L. Fisher, J.), entered June 16, 2015. The order, insofar as appealed from, denied the branches of plaintiff's motion seeking summary judgment on the first through fourth causes of action and granted defendant's cross motion for partial summary judgment dismissing the first through fourth causes of action.




ORDERED that the order, insofar as appealed from, is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff moved for summary judgment, and defendant cross-moved for partial summary judgment dismissing the first four causes of action on the ground that plaintiff had failed to appear for duly scheduled examinations under oath. Plaintiff appeals from so much of an order of the Civil Court as denied the branches of its motion seeking summary judgment on the first four causes of action and granted defendant's cross motion.
For the reasons stated in Gentlecare Ambulatory Anesthesia Servs. etc., as Assignee of Saint-Louis, Lydia v GEICO Ins. Co. (__ Misc 3d ___, 2018 NY Slip Op _____ [appeal No. [*2]2015-1996 K C], decided herewith), the order, insofar as appealed from, is affirmed.
PESCE, P.J., ALIOTTA and ELLIOT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: June 08, 2018